Certificate Number: 17572-TXN-DE-037645953

Bankruptcy Case Number: 23-42299



17572-TXN-DE-037645953

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on August 3, 2023, at 9:00 o'clock AM PDT, Lisa D Stewart completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: August 3, 2023

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor